# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Stephen George Sterner**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00092-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Woodforest Bank | ) | |
| Woodforest National Bank**,** | | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 8, 2014 Order.

May 8, 2014

Frank G. Johns, Clerk
United States District Court